UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00327-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **MARTIN JAVIER ALAMOS-DELGADO,**
2. **MARTIN JAVIER ALAMOS-GARCIA,**
3. **JAVIER BATISTA-CERVANTES,**
4. **HECTOR ARMONDO CHAVEZ**,
5. MAURO HERNANDEZ-RENTERIA,
6. **DIONISIO SALGADO**, and
7. CALVIN WAYNE SKIDMORE,

  Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the United States Motion to Disclose Grand Jury Material **(#39)**, under specified conditions to the attorneys for the defendants pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

**ORDERED** that the Motion is **GRANTED**.  Copies of the transcript of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorneys for the defendants for preparation for trial.  It is

**FURTHER ORDERED** that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED this 13th day of April, 2011.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge